```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ISRAEL VASQUEZ-OLIVAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | NO. 1:09-cr-00249 OWW |
|                                    ) | |
|         Plaintiff,                 ) | STIPULATION TO CONTINUE STATUS |
|                                    ) | CONFERENCE HEARING; |
|    v.                              ) | ORDER |
|                                    ) | |
| ISRAEL VASQUEZ-OLIVAS,             ) | Date:  April 12, 2010 |
|                                    ) | Time:  9:00 A.M. |
|         Defendant.                 ) | Judge: Hon. Oliver W. Wanger |
|                                    ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for March 22, 2010, **may be continued to April 12, 2010, at 9:00 a.m.**

This continuance is requested to allow defense counsel additional time for defense preparation and for the parties to conduct further plea negotiation prior to the hearing.  Assistant United States Attorney Ian Garriques does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 16, 2010                   /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: March 16, 2010                   /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ISRAEL VASQUEZ-OLIVAS


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:   March 17, 2010**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                          −2−